UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
Plaintiff,

v.                                                                                         CR NO. 98-013(HL)

**VERNA PEREZ, et. al.**
Defendants.

**UNITED STATES' MOTION TO WITHDRAW
AS THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and very respectfully informs the Court and parties as follows:

1.  That as of April 5, 2006, AUSA Evelyn Canals-Lozada is not the Assistant U.S. Attorney responsible for the prosecution of the above-referenced case.

WHEREFORE, the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Evelyn Canals-Lozada as the attorney responsible of the prosecution of the instant case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of April 2006.

H.S. GARCIA
United States Attorney

s/ Evelyn Canals-Lozada
Evelyn Canals-Lozada - #207107
Assistant U.S. Attorney
Torre Chardón Bldg., Suite 1201
#350 Carlos Chardón Avenue
Hato Rey, Puerto Rico  00918
(787) 766-5656

**Motion to Withdraw as Counsel of Record**
US v. Verna Perez, et. al.
Cr. No. 98-013(HL)
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on April 5th 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Robert W. Odasz, Esq., Raymond Rivera-Esteves, Esq., Joseph C. Laws, Federal Public Defender, and Probation Office.**

In San Juan, Puerto Rico, this 5th day of April 2006.

s/ Evelyn Canals-Lozada
Evelyn Canals-Lozada- #207107
Assistant U.S. Attorney